UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT LEE BRYANT,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Case No. 17-cv-07096-MEJ

**ORDER TO SHOW CAUSE**

On April 16, 2018, Defendant Commissioner of Social Security Administration (SSA) filed a motion to dismiss, arguing the Court lacked jurisdiction to hear the action as Plaintiff had failed to exhaust his administrative remedies. Mot., Dkt. No. 10. In addition, Defendant explained the SSA had reinstated Plaintiff's benefits in due course. *Id.* Plaintiff failed to file an opposition pursuant to Civil Local Rule 7.

Accordingly, the Court ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by May 14, 2018. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute. If a responsive declaration is filed, the Court shall reassign the matter to a District Judge[1] with the recommendation that the case be dismissed without prejudice for failure to prosecute.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: May 2, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge

---

[1] Plaintiff has not consented to the jurisdiction of a magistrate judge. *See* Docket. In addition, the last document the Court mailed to Plaintiff's address of record, a third consent notice, was returned as undeliverable. *See* Dkt. No. 12. It is Plaintiff's responsibility to notify the Court of a change of address. *See* Civ. L.R. 3-11(a).